IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTERPOINT PROPERTIES TRUST, a Maryland real estate investment trust,<br><br>                Plaintiff,<br>v.<br><br>AEROGROUND, INC. d/b/a MENZIES AVIATION, a California corporation,<br><br>                Defendant. | Case No. |

## COMPLAINT

Plaintiff, CenterPoint Properties Trust ("CenterPoint"), by its attorneys, Lawrence M. Karlin and David A. Eide, complains of Defendant Aeroground, Inc. d/b/a Menzies Aviation ("Aeroground"), as follows:

1. CenterPoint is a real estate investment trust organized and existing under Maryland law and maintaining its principal place of business in the State of Illinois.

2. Aeroground is a corporation organized and existing under California law and maintaining its principal place of business in the State of Texas. Aeroground does business under the name "Menzies Aviation."

3. None of CenterPoint's Trustees is a citizen of California or Texas.

### Jurisdiction and Venue

4. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) as complete diversity exists between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) because (i) Aeroground resides in this district; (ii) the property that is the subject of this action is

44574.2

situated entirely in this district; and (iii) a substantial part of the events or omissions giving rise to the claim occurred in this district.

5. On or about November 1, 2007, Aeroground and CenterPoint entered into that certain Lease (the "Lease") wherein Aeroground leased from CenterPoint an improved parcel of real estate that included a 185,280 square foot warehouse facility situated at 10801 W. Irving Park Road, Chicago, Cook County, Illinois (the "Premises"). A copy of the Lease is attached as Exhibit "A" to this Complaint and incorporated herein by this reference.

6. Aeroground has been in possession of the Premises since November 2007.

7. Aeroground breached the Lease by failing to pay to CenterPoint all rent due under the Lease for the months of February and March 2013.

8. By reason of the foregoing failure to pay rent, there is now due and owing from Aeroground to CenterPoint the sum of $445,718.00.

9. CenterPoint has performed all obligations on its part to be performed under the Lease.

10. Under the Lease CenterPoint is entitled to recover, as part of its damages, its costs and expenses, including reasonable attorney's fees, incurred in connection with this action.

11. Rent continues to accrue on and after April 1, 2013, as set forth in the Lease, through the remainder of the term of the Lease.

WHEREFORE, CenterPoint requests that the Court enter judgment in its favor and against Aeroground in the amount of:

A. $445,718.00;

B. a sum equal to all rents becoming due under the Lease from April 1, 2013 to the date of Judgment; and

      C.      CenterPoint's costs and expenses, including reasonable attorney's fees, incurred in connection with this action.

**CENTERPOINT PROPERTIES TRUST**

By: */s/ Lawrence M. Karlin*
      One of Its Attorneys

Lawrence M. Karlin #3125137
David A. Eide #6199184
KARLIN EIDE LLP
651 W. Washington St., Ste. 205
Chicago, IL 60661
312-845-2515

Dated: March 7, 2013

44574.2            3