**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CENTERPOINT PROPERTIES TRUST, a
Maryland real estate investment trust,

                     Plaintiff,

    v.

AEROGROUND, INC. d/b/a MENZIES
AVIATION, a California corporation,

                     Defendant.

Case No.  13 cv 01761

Judge Shadur

Magistrate Judge Cole

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff, CenterPoint Properties Trust, hereby voluntarily dismisses the above-captioned action without prejudice.  No answer or motion for summary judgment has been filed by the defendant in this proceeding.

CENTERPOINT PROPERTIES TRUST

By:_ */s/ David A. Eide*_____
       One of Its Attorneys

Lawrence M. Karlin #3125137
David A. Eide #6199184
KARLIN EIDE LLP
651 W. Washington St., Ste. 205
Chicago, IL 60661
312-845-2515

Dated: March 20, 2013

44771