# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

CenterPoint Properties Trust

                              Plaintiff,

v.                                                     Case No.: 1:13–cv–01761

                                                                  Honorable Milton I. Shadur

Aeroground, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2013:

      MINUTE entry before Honorable Milton I. Shadur: Pursuant to the notice of voluntary dismissal, this case is dismissed without prejudice. Civil case terminated. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.